**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :     **ORDER**

      - v. -                              :
                                            07 Cr. 435
RYAN C. PAFUMI,                     :
    a/k/a "Chris Highwind,"
    a/k/a "ragnarok@securenym.net,"  :
    a/k/a "James McNight,"
    a/k/a "Jonathan Alexander,"      :

               Defendant.            :

- - - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States of America by Jeffrey Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 07 Cr. 435, be unsealed.

Dated:  New York, New York
        June 6, 2007

_____
UNITED STATES MAGISTRATE JUDGE

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUN 0 6 2007