JUL-16-2007 14:25   US ATTS OFFICE                    212 637 2826   P.02/02



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

July 16, 2007

**By Fax**

Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:   **United States v. Ryan Pafumi**
      **07 Cr. 435**

Dear Judge Chin:

      The Government writes to request an adjournment of today's status conference currently scheduled for 4:30 p.m.  The adjournment is necessary to permit the Government to complete the discovery process, which has been limited by the undersigned's engagement in a criminal trial in United States v. Anthony Ferone, 06 Cr. 216 (PKC), which concluded Friday afternoon.  The Government requests an adjournment of approximately three weeks; Brian Neary, counsel for Mr. Pafumi, consents to the adjournment and to an exclusion of Speedy Trial time.

Application GRANTED. The PTC is adjourned until 8/8/07 at 4:30pm. The time until then is excluded for speedy trial purposes. SO ORDERED.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc: Brian Neary, Esq.

USDJ  7/16/07

TOTAL P.02