

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07

By Fax

Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: **United States v. Ryan Pafumi**
         07 Cr. 435

Dear Judge Chin:

    The parties write to request an adjournment of tomorrow's status conference, currently scheduled for 4:30 p.m., for approximately two weeks. The parties are engaged in preliminary plea discussions, and would like to continue those negotiations for a brief period before appearing before the Court. Rick Collins, counsel for Mr. Pafumi, consents to the an exclusion of Speedy Trial time between tomorrow and the newly-scheduled conference date.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc: Rick Collins and Brian Neary, Esqs.

*[Handwritten endorsement:]* Adjourned to September 27, 2007, at 4:30 p.m. The time until then is excluded for speedy trial purposes, in the interest of justice + in light of the parties' discussions. SO ORDERED. USDJ 9/12/07

TOTAL P.02