```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :     GOVERNMENT'S
                                    :     FORFEITURE BILL
          -v-                             OF PARTICULARS
                                    :
RYAN C. PAFUMI,                           07 Cr. 435 (DC)
   a/k/a "Chris Highwind,"          :
   a/k/a "ragnarok@securenym.net,"
   a/k/a "James McNight,"           :
   a/k/a "Jonathan Alexander,"
                                    :
              Defendant.
- - - - - - - - - - - - - - - - - -x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance and money laundering offenses described in Counts One and Two of the Indictment, as alleged in the Forfeiture Allegations and Substitute Asset Provisions, also includes but is not limited to the following:

> $2,742.00 in United States currency seized on or about June 6, 2007 from an apartment at 101 Gedney Street, Nyack, New York.

Dated:   New York, New York
         October 9, 2007

                         Respectfully Submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

                    By:_____/s/_____
                         JEFFREY BROWN
                         Assistant United States Attorney
                         Telephone: (212)637-1110

1