**CERTIFICATE OF SERVICE**

      ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

      That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

      That on October 9, 2007, she caused one copy of a Bill of Particulars, dated October 9, 2007, in the case of <u>United States</u> v. <u>Pafumi</u>, 07 CR 435 (DC), to be delivered by regular mail to:

      Brian J. Neary, Esq.
      Law Offices of Brian Neary
      15 Maiden Lane
      New York, New York 10038

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
            October 9, 2007

                                        */s/ Anna E. Arreola*
                              ANNA E. ARREOLA
                              ASSISTANT UNITED STATES ATTORNEY
                              (212) 637-2218