```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :    GOVERNMENT'S SUPPLEMENTAL
                                       FORFEITURE BILL
         -v-                      :    OF PARTICULARS
                                  :
RYAN C. PAFUMI,                        07 Cr. 435 (DC)
   a/k/a "Chris Highwind,"        :
   a/k/a "ragnarok@securenym.net,"
   a/k/a "James McNight,"         :
   a/k/a "Jonathan Alexander,"
                                  :
              Defendant.
- - - - - - - - - - - - - - - - -x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance and money laundering offenses described in Counts One and Two of the Indictment, as alleged in the Forfeiture Allegations and Substitute Asset Provisions, also includes but is not limited to the following:

    One 2006 Mercedes Benz S55 AMG, bearing
    VIN #WDBWK73F46F102354.

Dated:    New York, New York
            November 7, 2007

                                Respectfully Submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                      By:_____/s/_____
                                JEFFREY BROWN
                                Assistant United States Attorney
                                Telephone: (212) 637-1110

## CERTIFICATE OF SERVICE

ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

That on November 7, 2007, she caused one copy of a Bill of Particulars, dated November 7, 2007, in the case of United States v. Pafumi, 07 CR 435 (DC), to be delivered by regular mail to:

Brian J. Neary, Esq.
Law Offices of Brian Neary
15 Maiden Lane
New York, New York 10038

Daniel W. Russo, Esq.
Collins, McDonald & Gann, P.C.
One Old Country Road, Suite 250
Carle Place, New York 11514

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         November 7, 2007

_____
ANNA E. ARREOLA
ASSISTANT UNITED STATES ATTORNEY
(212) 637-2218