

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 19, 2007

By Fax

Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2007

Re:   United States v. Ryan Pafumi
      07 Cr. 435

Dear Judge Chin:

The parties write to request an adjournment of tomorrow's status conference, currently scheduled for 4:30 p.m., for approximately three weeks. The defense has indicated that it intends to make no motions, and the parties are very close to having a disposition to report, with only issues relating to forfeiture to resolve before a plea agreement can be finalized. In light of the foregoing, we do not believe it would be an efficient use of the Court's time to appear tomorrow. Daniel Russo, counsel for Mr. Pafumi, consents to the an exclusion of Speedy Trial time between tomorrow and the newly-scheduled conference date.

Application GRANTED.
Adjourned to
Jan. 9, 2008,
at 12 p.m.
The time until then
is excluded in the interest of
justice + in light of the parties'
discussions. SO ORDERED.
12/20/07

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc: Rick Collins and Brian Neary, Esqs.

TOTAL P.02